**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-6141**

───────────

KENNETH COBLE,

       Plaintiff - Appellant,

    v.

SHEILA SAULS,

       Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:24-ct-03303-BO)

───────────

Submitted:  May 15, 2025                              Decided:  May 20, 2025

───────────

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Kenneth Coble, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Coble appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Coble v. Sauls*, No. 5:24-ct-03303-BO (E.D.N.C. Feb. 12, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2